**JUDGE RAKOFF**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 12

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA      :     INDICTMENT

      -v.-                          :     08 Cr.

FNU LNU,                                  **08 CRIM 744**
    a/k/a "Brenda E. Rodriguez",
                               :
            Defendant.
                               :

- - - - - - - - - - - - - - - - - -x

### COUNT ONE

The Grand Jury charges:

On or about January 16, 2002, in the Southern District of New York, FNU LNU, a/k/a "Brenda E. Rodriguez", the defendant, unlawfully, willfully, and knowingly did make a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States, for her own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, FNU LNU submitted an application for a United States passport in which she used a false name, date of birth and social security number.

(Title 18, United States Code, Section 1542.)


_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

FNU LNU,
a/k/a "Brenda E. Rodriguez,"

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 1542)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.